79 A.3d 1094

In re CONDEMNATION BY the REDEVELOPMENT AUTHOR-
ITY OF LAWRENCE COUNTY, Pennsylvania, in Fee Simple,
Absolute Title, of Land of David C. Hamilton, Situate in
Neshannock Township, Lawrence County, Pennsylvania, Being
Parcel I.D. # 25–168200, for the Millennium Park Redevelop-
ment Project.

Petition of Redevelopment Authority of Lawrence County.

In re Condemnation by the Redevelopment Authority of Law-
rence County, Pennsylvania, in Fee Simple, Absolute Title, of
Land of Thomas R. and Christie L. Whittaker, Situate in
Neshannock Township, Lawrence County, Pennsylvania, Being
Parcel I.D. # 25–168201 and 25–438301, for the Millennium Park
Redevelopment Project.

Petition of Redevelopment Authority of Lawrence County.

In re Condemnation by the Redevelopment Authority of Law-
rence County, Pennsylvania, in Fee Simple, Absolute Title, of
Land of David C. Hamilton, Situate in Neshannock Township,
Lawrence County, Pennsylvania, Being Parcel I.D. # 25–168200,
for the Millennium Park Redevelopment Project.

Petition of Redevelopment Authority of Lawrence County.

In re Condemnation by the Redevelopment Authority of Law-
rence County, Pennsylvania, in Fee Simple, Absolute Title, of
Land of Thomas R. and Christie L. Whittaker, Situate in
Neshannock Township, Lawrence County, Pennsylvania, Being
Parcel I.D. # 25–168201 and 25–438301, for the Millennium Park
Redevelopment Project.

Petition of Redevelopment Authority of Lawrence County.

Supreme Court of Pennsylvania.

Nov. 8, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of November, 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the Petitioner's first issue in part and second issue, paraphrased as follows for clarity:

1. Whether the Commonwealth Court ignored a statute limiting the reimbursement of attorneys' fees to the condemnee for fees actually incurred, instead crafting a judicial remedy requiring the condemnor to pay fees not actually incurred by the condemnee?

2. Whether the Commonwealth Court erred in affirming the trial court's award of $179,000 of $187,000 requested in attorneys' fees for preparing a fee petition even though the trial court had disallowed over $500,000 of the $1,100,000 in attorneys' fees requested in the petition?

The Petition for Allowance of Appeal is **DENIED** in all other respects.